UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------X
VICTOR B. PERKINS,

    Plaintiff,

        -against-

STATE OF MICHIGAN;
EASTERN DISTRICT OF NORTH CAROLINA;
EASTERN DISTRICT OF NEW YORK;
EASTERN DISTRICT OF MINNESOTA;
WESTERN DISTRICT OF MISSOURI;
EASTERN DISTRICT OF MICHIGAN;
JOHN ADE, Supervisor;
UNITED STATES PROBATION DEPARTMENT;
DION THOMAS, United States
Probation Officer,

    Defendants.
----------------------------------------X

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.
★ MAR 6, 2019 ★
BROOKLYN OFFICE

**NOT FOR PUBLICATION**
**TRANSFER ORDER**

18-CV-7096(KAM)

**MATSUMOTO, United States District Judge:**

    Plaintiff Victor Perkins ("Perkins" or "plaintiff"), who resides in the State of Michigan, brings the instant *pro se* complaint, alleging violations of his constitutional rights by the State of Michigan, a number of federal districts, the U.S. Probation Department, and a single probation officer. (*See* ECF No. 1, Compl.) For reasons that are unclear, plaintiff seeks monetary damages in the sum of $300 trillion. (Compl. at 4.) The court notes that Plaintiff has filed an identical complaint in the United States District Court for the Eastern District of Michigan. *See Perkins v. State of Michigan, et al.*, No. 18-CV-13841 (PDG)(DRG).

Under 28 U.S.C. § 1391, a civil rights action may be brought in:

> (1) a judicial district in which any defendant resides, if all defendants are residents of the State in which the district is located; (2) a judicial district in which a substantial part of the events or omissions giving rise to the claim occurred, or a substantial part of the property that is the subject of the action is situated; or (3) if there is no district in which an action may otherwise be brought as provided in this section, any judicial district in which any defendant is subject to the court's personal jurisdiction with respect to such action.

28 U.S.C. § 1391(b). Here, the alleged acts or omissions occurred in Michigan, plaintiff has already filed an identical complaint in the Eastern District of Michigan, and transfer of this action to the Eastern District of Michigan is appropriate. 28 U.S.C. § 1404(a).

## CONCLUSION

The Clerk of Court is hereby directed to transfer this action to the United States District Court for the Eastern District of Michigan. 28 U.S.C. §§ 1391(b), 1404(a). No summons shall issue from this court. The court notes that plaintiff has failed either to pay the filing fee or to request to proceed *in forma pauperis*. That provision of Rule 83.1 of

the Local Rules of the Eastern District of New York which requires a seven-day delay before transferring the case is waived.

**SO ORDERED.**
Dated: Brooklyn, New York
March 5, 2019

/s/ USDJ KIYO A. MATSUMOTO
**KIYO A. MATSUMOTO**
United States District Judge