UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

VICTOR B. PERKINS,

    Plaintiff,

v.

STATE OF MICHIGAN, ET AL.,

    Defendants.

_____/

Case No. 19-10683

SENIOR U.S. DISTRICT JUDGE
ARTHUR J. TARNOW

U.S. MAGISTRATE JUDGE
STEPHANIE DAWKINS DAVIS

**ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE**

Plaintiff, Victor Perkins, brought this suit On October 31, 2018 against a number of United States districts, the "United States Probation Department," and two individual probation officers. On March 7, 2019, the United States District Court of the Eastern District of New York transferred the case to this district, after it found that Mr. Perkins filed an identical complaint on December 11, 2018, in this district. *See Perkins v. Michigan*, et al., 19-10683, Dkt. 2 (E.D.N.Y. Mar. 5, 2019) (Matsumoto, J.) (referencing *Perkins v. Michigan*, et al., 18-13841 (E.D. Mich. 2018) (Borman, J.))[1]. The New York district court noted on the docket that "plaintiff

---

[1] This case has since been transferred to this Court, pursuant to this district's companion case rule. See Local Rule 83.11(b)(7). It is also subject to an Order to Show Cause.

has filed either to pay the filing fee or to request to proceed in forma pauperis." (Dkt. 3). Since the transfer, Plaintiff has taken no action on the case. His filing fee remains unpaid, and the grounds for his cause of action are murky. He has also failed to serve the defendants within 90 days, as required by Fed. R. Civ. P. 4(m) ("If a defendant is not served within 90 days after the complaint is filed, the court—on motion or on its own after notice to the plaintiff—must dismiss the action without prejudice against that defendant or order that service be made within a specified time."). If Mr. Perkins does not remedy the many problems with his case, the Court will have no alternative but to dismiss the action.

**IT IS ORDERED** that Plaintiff **SHOW CAUSE**, in writing, why this case should not be dismissed for failure to prosecute. Plaintiff will have until **May 3, 2019** to comply with this Order.

**SO ORDERED**.

Dated:

s/Arthur J. Tarnow
Arthur J. Tarnow
Senior United States District Judge